UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | § | |
|---|---|---|
| **ANGEL CALDERON,** | § | |
| Plaintiff, | § | C. A. No.: 3:17-cv-01640-DJS |
| | § | |
| v | § | |
| | § | |
| **AMERICAN ADJUSTMENT BUREAU,** | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: April 9, 2018

By: */s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire, #ct28597
Kimmel & Silverman, P.C.
*The New England Office*
136 Main Street, Suite 301
Danielson, CT 06239
(860) 866-4380
atroccoli@creditlaw.com

***Attorney for the Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire