UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ANGEL CALDERON,

       Plaintiff,

v.

AMERICAN ADJUSTMENT BUREAU,

       Defendant.

CIVIL ACTION NO.  3:17-cv-01640-VAB

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| ANGEL CALDERON,<br>By his attorneys, | AMERICAN ADJUSTMENT BUREAU,<br>By its attorneys, |
| */s/ Angela K. Troccoli*<br>Angela K. Troccoli<br>#ct28597<br>atroccoli@creditlaw.com<br>Kimmell & Silverman, P.C.<br>The New England Office<br>136 Main Street, Suite 301<br>Danielson, CT  06239<br>(860) 866-4380 | */s/ Ian J. Gemmell*<br>Ian J. Gemmell<br>#ct28816<br>igemmell@peabodyarnold.com<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>(617) 951-2100 |

Dated:  May 21, 2018

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2018, a copy of the foregoing *Stipulation of Dismissal with Prejudice* was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                    */s/ Ian J. Gemmell*
                                                    Ian J. Gemmell